AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Lennie Vantravis Williams,
    *Plaintiff*
    v.        Civil Action No.  1:12-1126-JMC

K. Eagerton, Investigator; Stuart Johnson, Investigator; Otis Jackson, Investigator; Zeigler, Investigator; Lt. Powell; Amber Way; Jason Fox; Aiken County Sheriff's Office
    *Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and the Complaint is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett to dismiss.

Date:  January 10, 2014        *CLERK OF COURT*

                   s/Angie Snipes
                   *Signature of Clerk or Deputy Clerk*